IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCES UDUJIH,<br>                Plaintiff,<br><br>v.<br><br>CITY OF PHILADELPHIA, HELGA KRAUSS, EUGENE MCCAULEY, and KATHY SYKES,<br>                Defendants. | Civil Action No. 06-2629 |

**ORDER**

AND NOW, this 24th day of September, 2009, for the reasons set forth in the accompanying opinion, it is hereby ORDERED that defendants' motion for summary judgment (docket no. 63) is GRANTED as to all of the plaintiff's remaining claims.

BY THE COURT:

/ s / Louis H. Pollak, J.
Pollak, J.